USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREAS VON DER AU,

            **Plaintiff,**

-against-

MLB ADVANCED MEDIA, L.P.,

            **Defendant.**

1:20-cv-00456 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: February 28, 2020
      New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**